```
 1  MICHAEL B. BIGELOW
    Attorney at Law  - SBN 65211
 2  331 J Street, Suite 200
    Sacramento, California 95814
 3  Telephone: (916) 443-0217
    Email: LawOffice.mbigelow@gmail.com
 4
 5  Attorney for Defendant
    Irena Gerez
 6
                    UNITED STATES DISTRICT COURT
 7                  EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA    )
 9                              )  No. Cr.S-12-68 JAM
              Plaintiff         )
10                              )
         vs.                    )  STIPULATION TO CONTINUE STATUS
11                              )  (PROPOSED) ORDER
    IRENA GEREZ,                )
12                              )  DATE:   8/7/2012
                                )  Time:   9:30 AM
13            Defendant         )  Court:  JAM
14  _____)
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Stephen Lapham, Counsel for Plaintiff, and undersigned counsel that the status conference scheduled for May 22, 2012 at 9:30 a.m. be vacated and the matter be continued to this Court's criminal calendar on August 7, 2012,at 9:30 a.m. for further status.

This continuance is requested by the defense in order to permit counsel time to prepare for the defense of this case and to continue negotiations with the prosecution in an effort to reach resolution.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED**

/S/ STEPHEN LAPHAM
Stephen Lapham, Esq.,                    Dated: May 17, 2012
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                    Dated: May 17, 2011
Michael B. Bigelow
Attorney for Defendant
Irena Gerez

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until August 7, 2012 at 9:30 AM, and time excluded for the reasons set forth above.

DATED: 5/17/2012                    /s/ John A. Mendez

                                    **HON JOHN A MENDEZ**
                                    UNITED SATES DISTRICT COURT JUDGE