**MICHAEL B. BIGELOW**
Attorney at Law - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Irena Gerez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> IRENA GEREZ, ) <br> ) <br> ) <br> Defendant ) <br> _____ ) | No. Cr.S-12-68 JAM <br><br> CORRECTED <br> STIPULATION TO CONTINUE STATUS <br> ORDER <br><br> DATE: 6/18/2013 <br> Time: 9:45 AM <br> Court: JAM |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 19, 2013.

2. By this stipulation, defendant now moves to continue the status conference until June 18, 2013 at 9:45 a.m. and to exclude time between, April 23, 2013 and June 18, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the

-1-

Court find the following:

a. The government has represented that the discovery associated with this case includes: investigative reports and related documents in electronic form totaling approximately 1,800 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendant has received a plea agreement from the government and desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial. Defendant is a Russian speaker and it will take some time to make the necessary arrangements for an interpreter and to meet with the client.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the

interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of, April 23, 2013 to June 18, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local Code T4] (time to prepare), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period time within which a trial must commence.

/s/Michele Beckwith  
MICHELE BECKWITH, Esq.,  Dated: April 19, 2013  
Assistant United States Attorney  
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW  Dated: April 19, 2013  
Michael B. Bigelow  
Attorney for Defendant  
Irena Gerez

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation, the above-referenced matter shall be continued until June 18, 2013 at 9:45 AM; the Court finds that, for the reasons set forth above, time shall be excluded from the period within which a trial must commence.

DATED: April 19, 2013

/s/ John A. Mendez
**HON. JOHN A MENDEZ**
UNITED SATES DISTRICT COURT JUDGE