| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | R. STEVEN LAPHAM<br>MICHELE BECKWITH |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IRINA GEREZ<br><br>    Defendants, | Case No. 2:12-CR-0068 JAM<br><br>STIPULATION REGARDING CONTINUATION OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. The parties previously appeared before the Court on October 8, 2013. At that hearing, a trial confirmation hearing was set for April 29, 2014, and a jury trial was set to begin on June 9, 2014. The Court ordered that the time between the October 8, 2013 status conference and the June 9, 2014 trial date was excluded under the Speedy Trial Act and Local Code T4 and T2.

2. By this stipulation, and after consulting with the Court, the parties move to continue the trial date to August 4, 2014 at 9:00 a.m. and to exclude time between June 9, 2014 and August 4, 2014 under Local Code T4. The parties stipulate to maintaining the April 29, 2014 trial confirmation hearing.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. To date, the government has provided defense counsel with the discovery associated with this case, which includes voluminous records, including mortgage and bank records involving multiple transactions. The government is in the process of producing to the defendant additional discovery that has recently come into its possession.

b. It is anticipated that the in the months leading up to trial in this case, there will be additional discovery to produce to the defendant as witnesses are re-interviewed and exhibits are marked in preparation for trial. The preparation and production of such discovery is contingent upon the availability of the case agents. The case agents involved with the prosecution of this case are the same agents involved with the prosecution of <u>United States v. Vera Kuzmenko, et al.</u>, 2:11-cr-210 JAM and <u>United States v. Anna Kuzmenko</u>, 2:12-cr-062 JAM. Case Number 2:11-cr-210 is a complex, multi-defendant case that is set for trial before this Court on April 7, 2014. Case Number 2:12-cr-062 is another mortgage fraud case currently set for trial in this Court on June 2, 2014. The agents involved with this case will be heavily involved in prosecuting the two Kuzmenko cases through the conclusion of Case Number 2:12-cr-062 JAM in early June 2014.

c. Based on the foregoing, counsel needs additional time, taking into account the exercise of due diligence, to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review existing and forthcoming discovery for this matter, to prepare pretrial motions, and to otherwise prepare for trial.

d. In light of the foregoing, the parties ask that the Court set this matter for a jury trial on August 4, 2014, and that it vacate the previously set June 9, 2014 trial date. The parties ask the Court to maintain the April 29, 2014 trial confirmation hearing. The parties also ask, based on the foregoing representations, that the Court find excludable time from June 9, 2014 through and including the August 4, 2014 trial date. Because of the need for additional preparation outlined above, a denial of a continuance to August 4, 2014 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 9, 2014 to August 4, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: 11/22/2013  /s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney


DATED: 11/22/2013  /s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Counsel for Irina Gerez


**O R D E R**

IT IS SO FOUND AND ORDERED this 22nd day of November, 2013.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE